**Jerry ALEXANDER, Appellant,**

v.

**HARSCO CORPORATION, also known as Heckett Multiserve, also known as Heckett Slag Products, Appellee.**

No. 04–3119.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 4, 2005.

Decided Aug. 10, 2005.

Denzil Keith Blackman, Jonesboro, AR, for Appellant.

Charles W. Reynolds, Monte Darrel Estes, Dover & Dixon, Little Rock, AR, for Appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

PER CURIAM.

Jerry Alexander appeals the district court's[1] adverse grant of summary judgment in his Age Discrimination in Employment (ADEA) and Americans with Disabilities Act (ADA) lawsuit. Alexander sued Harsco Corporation (Harsco) after he was terminated as part of a reduction in force. Having carefully reviewed the record, *see Evers v. Alliant Techsystems, Inc.*, 241 F.3d 948, 953 (8th Cir.2001) (standard of review), we agree with the district court's thorough analysis of Alexander's ADEA and ADA claims. We also find no abuse of discretion in the district court's decision to grant Harsco's motion to strike Brenda Hitt's affidavit. *See Yates v. Rexton, Inc.*, 267 F.3d 793, 802 (8th Cir.2001) (standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.